**Order entered March 19, 2015**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-14-01579-CV

**DAVID BAGWELL, INDIVIDUALLY AND AS TRUSTEE OF THE DAVID S. BAGWELL TRUST, ET AL, Appellants**

**V.**

**BBVA COMPASS AND SAM MEADE, Appellees**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-00991**

## ORDER

We **GRANT** appellant Marilyn D. Garner's, March 18, 2015 unopposed motion for extension of time to file her brief and **ORDER** the brief be filed no later than April 6, 2015. No further extensions will be granted absent exigent circumstances.

/s/     CRAIG STODDART
        JUSTICE